**Appeal Dismissed and Memorandum Opinion filed August 2, 2022.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-22-00241-CR**

_____

**HERNAN LAGUNAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 178th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1677798**

## MEMORANDUM OPINION

Appellant entered a guilty plea to the offense of murder. In exchange for appellant's waiver of his right to appeal, the State consented to appellant's waiver of his right to jury trial. The court of criminal appeals has held that such waivers are valid. *See Jones v. State*, 488 S.W.3d 801, 807–08 (Tex. Crim. App. 2016); *Ex parte Broadway*, 301 S.W.3d 694, 699 (Tex. Crim. App. 2009) (orig. proceeding). Based on appellant's plea, the trial court found appellant guilty and assessed punishment at imprisonment for 40 years.

The trial court entered a certification of the defendant's right to appeal in which the court certified that appellant waived his right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

On July 14, 2022, this court notified the parties that the appeal would be dismissed for want of jurisdiction unless a party demonstrated that the court has jurisdiction. No response has been received.

We dismiss the appeal for want of jurisdiction.

PER CURIAM

Panel consists of Justices Zimmerer, Spain and Poissant.
Do Not Publish — Tex. R. App. P. 47.2(b)